# Order

Michigan Supreme Court
Lansing, Michigan

November 16, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

152311

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                             SC: 152311
                                             COA: 320768
                                             Grand Traverse CC:
                                             2011-011239-FC

ROBERT JENSEN SCHWANDER,
      Defendant-Appellee.

_____/

      By order of May 25, 2016, the application for leave to appeal the July 21, 2015 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8). On order of the Court, the cases having been decided on July 24, 2017, 500 Mich 453 (2017), the application is again considered and, pursuant to MCR 7.305(H)(1) and MCR 7.316(A)(7), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Steanhouse* and *People v Lockridge*, 498 Mich 358 (2015).

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2017



a1115

                                           Clerk